## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:24-CR-00096 |
| | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| JALISA EDWARDS, | : | |
| Defendant. | : | |

## ORDER

**AND NOW, this 1st day of May 2024,** pursuant to the Due Process

Protections Act, **IT IS HEREBY ORDERED THAT**:

1. The Court confirms the United States' obligation to produce all

exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83

(1963) and its progeny, and orders it to do so.

2. Under *Brady*, the prosecutor must produce material evidence in

its possession, custody, or control favorable to the accused, which includes both

exculpatory evidence and information which may impeach government witnesses

when that evidence is material either to guilt or punishment.

3. Failing to produce the material evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

*s/Susan E. Schwab*
**Susan E. Schwab**
**United States Magistrate Judge**