## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :   Crim. No. 1:24-CR-00096
    :
    :
v.    :
    :
    :
DURANTE KING-MCLEAN and    :
JALISA EDWARDS    :   Judge Jennifer P. Wilson

## TRIAL CONTINUANCE ORDER

**AND NOW**, this 2nd day of January, 2025, upon consideration of Defendants unopposed motion to continue trial, Doc. 47, noting the Government's concurrence, **IT IS ORDERED THAT** Defendant's motion, Doc. 47, is **GRANTED**.  Pretrial motions shall be filed by **February 10, 2025**. Jury selection and trial in the above-captioned action scheduled for January 6, 2025, are **CONTINUED** to **March 3, 2025, at 9:30 a.m.**, in Courtroom 8A, Sylvia H. Rambo United States Courthouse, 1501 North 6th Street, Harrisburg, Pennsylvania. The court specifically finds that under 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by granting a continuance in this matter outweigh the interests of the public and Defendant in a speedy trial.  It has been represented to the court that additional time is required for plea negotiations.  The Clerk of Court shall exclude the appropriate time in the above-captioned action pursuant to the Speedy Trial Act and this Order.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania