# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 1:24-CR-00096 |
| v. | : |
| DURANTE KING-MCLEAN | : Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 11th day of April, 2025, **IT IS ORDERED THAT** a change of plea hearing as to Durante King-McLean is **SCHEDULED** for **May 14, 2025, at 10:00 a.m.**, Courtroom No. 8A, Eighth Floor, Sylvia H. Rambo United States Courthouse, 1501 North 6th Street, Harrisburg, Pennsylvania.

**IT IS FURTHER ORDERED THAT**:

1. Counsel for the United States shall provide the statement of facts for the change of plea hearing to counsel for Defendant no later than 48 hours prior to the hearing.

2. Counsel for the United States shall provide copies of the statement of facts to the court and the assigned probation officer at the start of the change of plea hearing.

3. Counsel for the United States and counsel for Defendant shall confer regarding any issues that will need to be resolved prior to the start of the change of plea hearing in order to avoid any delay in the hearing.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania