# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 1:24-CR-00096 |
| | : |
| | : |
| V. | : (Judge Wilson) |
| | : |
| DURANTE KING-MCLEAN and | : |
| JALISA EDWARDS, | : |
|       Defendants | : |

## ORDER OF COURT

**AND NOW** this _____ day of _____ 2025, upon consideration of Defendant's unopposed **Motion to Continue**, noting the Government's concurrence, **IT IS HEREBY ORDERED** that Defendant's Motion is **GRANTED**. Jury Selection and Trial in the above-captioned matter is continued to _____ at _____ AM/PM in Courtroom _____ at the Sylvia H. Rambo United States Courthouse.

 

_____
Judge Jennifer P. Wilson
United States District Court
Middle District of Pennsylvania