# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 1:24-CR-00096 |
| | : | |
| v. | : | |
| | : | |
| DURANTE KING-MCLEAN and JALISA EDWARDS | : | Judge Jennifer P. Wilson |

## TRIAL CONTINUANCE ORDER

**AND NOW**, this 24th day of April, 2025, upon consideration of Defendants unopposed motion to continue trial, Doc. 55, noting the Government's concurrence, **IT IS ORDERED THAT** Defendant's motion, Doc. 55, is **GRANTED**. Pretrial motions shall be filed by **June 16, 2025**. Jury selection and trial in the above-captioned action scheduled for May 5, 2025, are **CONTINUED** to **July 7, 2025, at 9:30 a.m.**, in Courtroom 8A, Sylvia H. Rambo United States Courthouse, 1501 North 6th Street, Harrisburg, Pennsylvania. The court specifically finds that under 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by granting a continuance in this matter outweigh the interests of the public and Defendant in a speedy trial. It has been represented to the court that additional time is required a plea hearing to be held. The Clerk of Court shall exclude the appropriate time in the above-captioned action pursuant to the Speedy Trial Act and this Order.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania