## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 1:24-CR-096 |
| | : | |
| v. | : | (Judge Wilson) |
| | : | |
| JALISA EDWARDS, | : | |
| | : | |
| Defendant | : | (Electronically Filed) |

## ENTRY OF APPEARANCE

Please enter the appearance of Carlo D. Marchioli, Assistant U.S.

Attorney, as counsel for the United States of America.

Respectfully submitted,

JOHN C. GURGANUS
Acting United States Attorney

Dated: <u>April 30, 2025</u>

/s/ Carlo D. Marchioli
Carlo D. Marchioli
Assistant U.S. Attorney
PA 309217
1501 N. 6th Street, Box 202
Harrisburg, PA   17102
Tel:   (717) 221-4482
Fax:   (717) 221-4493
Carlo.D.Marchioli@usdoj.gov

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 1:24-CR-096 |
| | : | |
| v. | : | (Judge Wilson) |
| | : | |
| JALISA EDWARDS, | : | |
| | : | |
| Defendant | : | (Electronically Filed) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers. That on April 30, 2025, she caused to be served a copy of the foregoing.

## ENTRY OF APPEARANCE

via ECF filing to the following:

Barbara A. Zemlock
bzemlock@tuckerlaw.com

s/ Carol Manies
CAROL MANIES
Legal Administrative Assistant